FILED '09 SEP 03 12:42 USDC-ORP

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| MECHELLE LYNN IRWIN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 3:08-cv-6285-JE<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be DISMISSED with prejudice.

DATED this 1st day of September 2009.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Mathew W. Pile
MATHEW W. PILE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
(206) 615-3760
Of Attorneys for Defendant

Page 1   ORDER OF DISMISSAL WITH PREJUDICE [3:08-cv-6285-JE]